# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3364

_____

| | | |
|---|---|---|
| Robert E. Dancler, | * | |
| | * | |
| Plaintiff - Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Missouri. |
| | * | |
| Board of Municipal Utilities, | * | **[UNPUBLISHED]** |
| | * | |
| Defendant - Appellee. | * | |

_____

Submitted: November 28, 2000
Filed: November 30, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Robert Dancler appeals the district court's[1] judgment dismissing his employment discrimination action after a jury verdict in favor of defendant Board of Municipal Utilities. Having carefully reviewed the evidence in the light most favorable to the jury's verdict, as we must, see, e.g., Langlie v. Onan Corp., 192 F.3d 1137, 1139-40

_____

[1]THE HONORABLE THOMAS C. MUMMERT, III, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

(8th Cir. 1999, <u>cert. denied</u>, 120 S. Ct. 1719 (2000), we cannot say that no reasonable juror could have returned that verdict.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.